CLOSED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDA E. MAHARAJ, ) | Case No.: CV 08-990 DSF (JCRx) |
| Plaintiff, ) | |
| vs. ) | JUDGMENT OF DISMISSAL |
| BUDGET FINANCE COMPANY, et al., ) | |
| Defendants. ) | |

The Court having ordered that the case be dismissed without leave to amend as to all defendants,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed on the merits, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

IT IS SO ORDERED.

Dated: 5/14/08

_____
Dale S. Fischer
United States District Judge